**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**DONNA STANDARD, M.D. and PAUL
STANDARD, HUSBAND and WIFE**                                    **PLAINTIFFS**

      **v.**          **Civil No. 06-5079**

**GUY LESSENBERRY and GWL, INC. d/b/a
ECONOMY DRUG OF BERRYVILLE**                                    **DEFENDANTS**

**O R D E R**

The Complaint in the captioned case indicates that plaintiffs are Missouri residents who bring suit based on diversity jurisdiction against residents of Carroll County, Arkansas. As such, venue properly lies in the Harrison Division of the Western District of Arkansas. Pursuant to **28 U.S.C. 1406(a),** the Court therefore directs that the Clerk of Court transfer this case to the Harrison Division.

**IT IS SO ORDERED**, this 16th day of May, 2006.

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com